Case 1:18-cv-08767-NRB   Document 21   Filed 08/16/19   Page 1 of 1

Case 1:18-cv-08767-NRB   Document 22   Filed 08/19/19   Page 1 of 1



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

**VIA ECF**

August 16, 2019

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/19

Re: *Blassingame v. Gardner, et al.*, **18-cv-8767 (NRB)**

Dear Judge Buchwald:

This Office represents Defendants in the above-referenced action. I write jointly with the consent of Plaintiff's counsel to provide the Court with a status report.

Since the parties' last joint letter, the remaining defendants have been deposed and fact discovery is nearing completion. Defendants have requested Plaintiff's medical release for one additional provider and anticipate that a deposition of one non-party fact witness may be necessary. Defendants also anticipate that limited expert discovery may be necessary, at which point Defendants will be in a better position to respond to Plaintiff's outstanding settlement demand.

Counsel propose providing the Court with a further status update within 60 days, by October 16, 2019.

*Application granted.*
[signature] Naomi Reice Buchwald
USDJ
8/19/19

Respectfully submitted,

*/s/ Deanna L. Collins*
Deanna L. Collins
Assistant Attorney General
(212) 416-8906
Deanna.Collins@ag.ny.gov

cc: Nicole Bellina, Esq. (by ECF)

28 LIBERTY, NEW YORK N.Y. 10005 • PHONE (212) 416-8610 • FAX (212) 416-6009 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.AG.NY.GOV