

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

**VIA ECF**                                          December 16, 2019
Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Blassingame v. Gardner, et al.*, 18-cv-8767 (NRB)

Dear Judge Buchwald:

This Office represents Defendants in the above-referenced action. I write to provide the Court with a status report of this matter. Plaintiff's counsel was not available to consult with for the drafting of this letter.

The parties are currently engaged in settlement discussions. If the discussions do not resolve the matter, the parties will resume expert discovery. The undersigned proposes providing the Court, if necessary, with a further status report update within two months, or by February 18, 2020.

*So ordered.*
Naomi Reice Buchwald, USDJ
12/17/19

Respectfully submitted,

/s/ Deanna L. Collins
Deanna L. Collins
Assistant Attorney General
(212) 416-8906
Deanna.Collins@ag.ny.gov

cc:   Nicole Bellina, Esq. (by ECF)

28 LIBERTY, NEW YORK N.Y. 10005 • PHONE (212) 416-8610 • FAX (212) 416-6009 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.AG.NY.GOV