

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

**VIA ECF**  February 18, 2020
Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

   Re:  *Blassingame v. Gardner, et al.*, **18-cv-8767 (NRB)**

Dear Judge Buchwald:

  This Office represents Defendants in the above-referenced action. I write, with the consent on Plaintiff's counsel, to provide the Court with a status report of this matter, as directed by the Court (see ECF No. 26).

  The parties have reached a tentative settlement agreement. Accordingly, we respectfully request forty-five days, or by April, 3, 2020, for the parties to file a formal stipulation of settlement.

           Respectfully submitted,

           */s/ Deanna L. Collins*
           Deanna L. Collins
           Assistant Attorney General
           (212) 416-8906
           Deanna.Collins@ag.ny.gov

cc:  Nicole Bellina, Esq. (by ECF)